**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-7111**

MICHAEL ERIC HORNES,

                                    Plaintiff - Appellant,

        versus

KEVIN, WENDT, Warden; M. ARNOLD, Captain; D.
BROWN, I.S.M.; A. TEMPLES, S.O.E.; YEAGER,
Tech; M. VELTRI, Unit Manager; D. JONES, Case
Manager; J. OSTEEN, Case Manager; R. REED,
Counselor; J. MULLER, Officer; UNKNOWN MAIL
ROOM WORKERS; T. PAGE, Officer; UNKNOWN
OFFICERS; DEEDS, Counselor; M. WHINNERY,
Officer; UNKNOWN SHU OFFICERS,

                                    Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.  W. Craig Broadwater,
District Judge.  (CA-04-261-1)

Submitted: January 26, 2006        Decided:  February 1, 2006

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Eric Hornes, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Eric Hornes appeals the district court's order dismissing his <u>Bivens</u>[*] action without prejudice for failure to pay the filing fee in accordance with 28 U.S.C. § 1914 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Hornes v. Wendt</u>, No. CA-04-261-1 (N.D.W. Va. July 7, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]<u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).